857 A.2d 671

PENNSYLVANIA STATE POLICE, Bureau of Liquor
Control Enforcement, Respondent/Appellee,

v.

HARRY'S HOLIDAY PARK LOUNGE,
INC., Petitioner/Appellant.

Supreme Court of Pennsylvania.

Jan. 13, 2003.

## *ORDER*

PER CURIAM.

AND NOW, this 13th day of January, 2003, the order dated December 17, 2002 in reference to 446 WAL 2002 granting the Petition for Allowance of Appeal is hereby rescinded. The appeal docket No. 81 WAP 2002 is hereby dismissed as Moot.